■ SOMERS MANOR NURSING HOME, INC., Appellant, v DAVID LOGAN, JR., et al., Respondents.—In an action *inter alia* to set aside a conveyance of real property as a fraud on creditors, plaintiff appeals from an order of the Supreme Court, Putnam County, dated July 2, 1976, which denied its

motion for summary judgment. Order affirmed, with $50 costs and disbursements. Special Term correctly concluded that the "papers raise substantial factual issues which require a plenary trial". Hopkins, Acting P. J., Martuscello, Damiani and Titone, JJ., concur.